**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MARIA MORGAN,

                    Plaintiff,                    20 **CIVIL** 9246 (AEK)

        -against-                     **JUDGMENT**

WAL-MART STORES EAST, LP,

                    Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion & Order September 14, 2023, Defendant's motion for summary

judgment (ECF No. 37) is GRANTED. Judgment is entered for Defendant, and the case is

closed.

**Dated:**  New York, New York
        September 14, 2023

                              **RUBY J. KRAJICK**
                               **Clerk of Court**

                 **BY:**
                            _____
                               **Deputy Clerk**